UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELIGIO AGUILAR JIMENEZ,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>KEN GENALO, NY Director, Field Office, Enforcement and Removal Operations. U.S. Immigration and Customs Enforcement; TODD LYONS, Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>　　　　　　　Respondents. | 26-CV-1618<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On February 26, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  Judge Failla, in her capacity as Part I judge, issued an order restraining Respondents from removing Petitioner from the United States and transferring Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  Dkt. No. 3.  Judge Failla's order shall remain in full effect.  It is further ordered that:

1. Respondents shall file an opposition by March 3, 2026 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by March 5, 2026.

3. This matter shall be heard by the Court on March 6, 2026 at 12:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4.  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:        February 27, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge

2