**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ELIGIO AGUILAR JIMENEZ,

                              Petitioner,                          26 **CIVIL** 1618

        -against-                                            **JUDGMENT**

KEN GENALO, NY Director, Field Office,
Enforcement and Removal Operations. U.S.
Immigration and Customs Enforcement; TODD
LYONS, Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; and PAMELA
BONDI, Attorney General of the United States,

                              Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 6, 2026, Mr. Aguilar Jimenez's Petition is granted;

accordingly, the case is closed.

**DATED:**  New York, New York
            March 9, 2026


                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**        K. mango
                              _____
                                        **Deputy Clerk**